IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00366-BNB

JEFFREY DAVID SIZEMORE,

Plaintiff,

v.

OFFICER J. WILCOX,
OFFICER B. HANNA,
OFFICER P. TODD,
OFFICER SANDOVAL,
OFFICER WALK,
OFFICER GROW,
OFFICER SUDDOTH,
OFFICER MARTINEZ,
OFFICER TROUTMAN,
COUNSELOR LAW,
UNIT MANAGER G. LYDE,
NURSE MS. VINION [not sure of spelling],
PA-1 CAMACHO,
LT. HESS,
CAPT. KLEIN,
CAPT. BAUER, H[eath] S[ervices] A[dministrator],
A[SSOCIATE] W[ARDEN] VINEYARD,
WARDEN WILNER,
CASE MANAGER BIEKER,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 07 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Jeffrey David Sizemore, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado (FCI-Florence). He filed *pro se* in the United States District Court for the District of New Mexico (District of New Mexico) a complaint for money damages which failed to allege jurisdiction. The District of New Mexico granted Mr. Sizemore

leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing and transferred the case to this Court.

On March 1, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Sizemore to file within thirty days an amended complaint that "contains a short and plain statement of the statutory grounds for the Court's jurisdiction, states his claims, asserts what constitutional rights were violated, and alleges specific facts demonstrating how each named defendant personally participated in the asserted constitutional violations." Order Directing Plaintiff to File Amended Complaint at 4.

The March 1 order warned Mr. Sizemore that if he failed to file an amended complaint as directed within the time allowed the complaint and the action would be dismissed without further notice. Mr. Sizemore has failed within the time allowed to file an amended complaint as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Jeffrey David Sizemore, within the time allowed, to file an amended complaint as directed in the March 1, 2010, order, and for his failure to prosecute.

DATED at Denver, Colorado, this __7th__ day of __April__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.10-cv-00366-BNB

Jeffrey D. Sizemore
Reg No. 31807-051
FCI Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/7/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk